UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

*Form F: PROPOSED CONSENT ORDER*
**TWO PAGE DOCUMENT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

| | | |
|---|---|---|
| David and Kimberlee Darling | : | BK No.  16-10367 |
| Debtor(s) | : | Chapter 7 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **CONSENT ORDER re: STATUS HEARING ON LOSS MITIGATION**

The Court, having scheduled a status hearing on loss mitigation for June 15, 2016, at which counsel for the Debtor(s) and Bayview Loan Servicing (the "Creditor") have been ordered to appear; and by agreement of the parties,

IT IS HEREBY AGREED:

(1) ~~The Debtor(s) shall provide all documents requested by the Creditor by _____ (the "Response").~~

(2) The Creditor shall conduct a preliminary review of the information submitted by the Debtors, and if the Creditor requires additional information, the Creditor shall, by email or written correspondence, provide the Debtors' counsel with a list of any additional information it requires by <u>June 22, 2016</u> after receiving the Response (the "Additional Information Request").

(3) The Debtor(s) shall fully respond to any Additional Information Request and provide all requested documents to Creditor within <u>7</u> days after receiving the same from Creditor.

(4) ~~The parties have agreed to a permanent or temporary loan modification and (a) if a Chapter 13 case, then the Debtor will file a Motion to Approve Loan Modification by _____, or (b) if a Chapter 7 case, then loss mitigation may be terminated as successfully completed and the parties anticipate filing Form D setting forth the terms of the loan modification by _____.~~

1

(5) Other Comments:

(6) In lieu of a status report, the parties request that a continued status hearing on loss mitigation be scheduled by the Court.

Agreed to this ____ day of June, 2016.

| | |
|---|---|
| Debtors<br>By counsel: | Creditor<br>By counsel: |
| */s/ Peter J. Furness*<br>Boyajian, Harrington, Richardson & Furness<br>182 Waterman Street<br>Providence, RI 02906<br>(401) 273-9600<br>peter@bhrlaw.com | */s/ Amy Magher, Esq.*<br>Michienzie & Sawin, LLC<br>745 Boylston Street<br>Boston, MA 02116<br>(617) 227-5660<br>amagher@masatlaw.com |

Consent Order Approved on this     day of                 20__.

_____Diane Finkle_____ 06/14/2016
Honorable Diane Finkle
U.S. Bankruptcy Judge

Date of Continued Status Hearing:  July 6, 2016

2

Rev. 12/18/2013