UNITED STATES BANKRUPTCY COURT　　　　*Form F: PROPOSED CONSENT ORDER*
FOR THE DISTRICT OF RHODE ISLAND　　　**TWO PAGE DOCUMENT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

David and Kimberlee Darling　　　　　　:　　　BK No.  16-10367

　　　　　　　　Debtor(s)　　:　　　Chapter 7

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CONSENT ORDER re: STATUS HEARING ON LOSS MITIGATION

The Court, having scheduled a status hearing on loss mitigation for July 6, 2016, at which counsel for the Debtor(s) and M&T Bank as serviced by Bayview Loan Servicing (the "Creditor") have been ordered to appear; and by agreement of the parties,

IT IS HEREBY AGREED:

(1) ~~The Debtor(s) shall provide all documents requested by the Creditor by _____ (the "Response").~~

(2) ~~The Creditor shall conduct a preliminary review of the information submitted by the Debtors, and if the Creditor requires additional information, the Creditor shall, by email or written correspondence, provide the Debtors' counsel with a list of any additional information it requires by _____ after receiving the Response (the "Additional Information Request").~~

(3) ~~The Debtor(s) shall fully respond to any Additional Information Request and provide all requested documents to Creditor within ___ days after receiving the same from Creditor.~~

(4) ~~The parties have agreed to a permanent or temporary loan modification and (a) if a Chapter 13 case, then the Debtor will file a Motion to Approve Loan Modification by _____, or (b) if a Chapter 7 case, then loss mitigation may be terminated as successfully completed and the parties anticipate filing Form D setting forth the terms of the loan modification by _____.~~

1

(5) Other Comments: The Creditor advised Debtor's Counsel that it will no longer act on reviewing the loan modification documentation as the discharge had been entered. The Debtors are considering filing a Motion to Rescind or Amend the Discharge and are otherwise attempting to reach a settlement with the Creditor.

(6) In lieu of a status report, the parties request that a continued status hearing on loss mitigation be scheduled by the Court.

Agreed to this ____ day of July, 2016.

| Debtors | Creditor |
|---|---|
| By counsel: | By counsel: |
| */s/ Peter J. Furness* | */s/ Amy Magher, Esq.* |
| Boyajian, Harrington, Richardson & Furness | Michienzie & Sawin, LLC |
| 182 Waterman Street | 745 Boylston Street |
| Providence, RI 02906 | Boston, MA 02116 |
| (401) 273-9600 | (617) 227-5660 |
| peter@bhrlaw.com | amagher@masatlaw.com |

Consent Order Approved on this     day of                 20__.

_____
Honorable Diane Finkle
U.S. Bankruptcy Judge

Date of Continued Status Hearing:

Rev. 12/18/2013